Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON, SEATTLE

| | |
|---|---|
| MICHAEL FERRY, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>R & K FOODS, INC., et al.,<br><br>    Defendants. | NO. 2:24-cv-00748-RSL<br><br>**STIPULATION AND ORDER PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT R & K FOODS, INC.** |

### STIPULATION

The Parties to the above-captioned matter hereby stipulate to the (a) withdrawal of James D. Nelson of the law firm Betts, Patterson & Mines, P.S. as attorneys for Defendants R & K Foods, Inc.; and (b) substitution of the following attorneys as counsel of record for Defendant R & K Foods, Inc.:

Charles T. Meyer, WSBA #39754
Eden E. Goldman, WSBA #54131
Chantal Y. Peters, WSBA #56800
**BURGER, MEYER & D'ANGELO, LLP**
999 Corporate Drive, Suite 225
Ladera Ranch, CA 92694
Telephone: (949) 427-1888
Facsimile:  (949) 427-1889
cmeyer@burgermeyer.com
egoldman@burgermeyer.com
cpeter@burgermeyer.com

This Stipulation is submitted with the knowledge and consent of Defendant R & K Foods, Inc. As shown by the attached Proof of Service, notice of this Stipulation has been served on all parties, including the representatives for Defendant R & K Foods, Inc., in accordance with Local Rule 83.2(b).

A proposed Order follows the parties' signatures.

Dated: this 14th day of October, 2024.

**BURGER, MEYER & D'ANGELO, LLP**

By: */s/ Eden E. Goldman*
   Charles T. Meyer, WSBA #39754
   Eden E. Goldman, WSBA #54131
   Chantal Y. Peters, WSBA #56800
   999 Corporate Drive, Suite 225
   Ladera Ranch, CA 92694
   949-427-1888
   cmeyer@burgermeyer.com
   egoldman@burgermeyer.com
   cpeters@burgermeyer.com

Attorneys for Defendant R & K Foods, Inc.

**BETTS, PATTERSON & MINES, P.S.**

By: _____
   James D. Nelson, WSBA #11134
   One Convention Place
   701 Pike Street, Suite 1025
   Seattle, WA 98101-3915
   (206) 292-9988
   jnelson@bpmlaw.com

**AKW LAW PC**

By: */s/ Ada K. Wong*
   Ada K. Wong
   12055 15th Ave NE, Suite 200
   Seattle, WA 98125
   206-259-1259
   ada@akw-law.com

**ORDER**

Based on the foregoing stipulated motion, The Court hereby ORDERS that the above stipulated motion of substitution and withdrawal of counsel is GRANTED and that James D. Nelson of the law firm Betts, Patterson & Mines, P.S. may withdraw as attorney for Defendant R & K Foods, Inc., and that Charles T. Meyer, Eden E. Goldman, and Chantal Y. Peters of Burger, Meyer & D'Angelo, LLP may substitute as counsel of record for Defendant R & K Foods, Inc.

DATED this 15th day of October 2024.

*/s/ Robert S. Lasnik*
Honorable Robert S. Lasnik
United States District Judge